**Commodore Foster BEBOUT,**
**Petitioner-Appellant,**

v.

**Dr. George J. BETO, Director, Texas Department of Corrections, Respondent-Appellee.**

**No. 72–2838**

**Summary Calendar.***

United States Court of Appeals,
Fifth Circuit.

Jan. 23, 1973.

Donald L. Kraemer, Huntsville, Tex., for petitioner-appellant.

Crawford Martin, Atty. Gen., Robert Darden, Asst. Atty. Gen., E. Bruce Curry, Asst. U. S. Atty., Austin, Tex., for respondent-appellee.

Before BELL, DYER and CLARK, Circuit Judges.

PER CURIAM:

This case comes to this court on an appeal from the denial of a motion for rehearing which motion was filed over four years after entry of the judgment of dismissal on which rehearing was sought.

The motion for rehearing was not timely filed; hence the time for filing notice of appeal was not extended. Thus a timely notice of appeal is lacking and the appeal must be dismissed for want of jurisdiction. See Albers v. Gant, 5 Cir., 1970, 435 F.2d 146.

Dismissed.

* Rule 18, 5 Cir., see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409.